UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | Hon. Dickinson R. Debevoise |
| v. | : | Criminal No. 10-372 (DRD) |
| **BRIAN M. CAMPBELL** | : | <u>Order of Forfeiture</u> |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney) and Jennifer Shasky Calvery, Chief, Asset Forfeiture and Money Laundering Section, Criminal Division (by Keith Liddle, Trial Attorney), in the presence of Michael J. Rogers, Esq., attorney for defendant Brian M. Campbell, for the entry of an Order of Forfeiture in the form of a personal money judgment in the amount of $<u>571,104.86</u> in United States currency; and the government having given notice in the Superseding Indictment that it would seek the forfeiture of property as part of any sentence; and the jury having returned a verdict of guilty against defendant Brian M. Campbell on Counts One through Thirty-Three of the Superseding Indictment, each of which charged defendant with mail fraud in violation of Title 18, United States Code, Section 1341; and the Court having considered the submissions of counsel, and good cause having been shown,

IT IS THE FINDING OF THIS COURT, pursuant to Rule 32.2(b)(1), that $<u>571,104.86</u> in United States currency is subject to forfeiture by defendant Brian M. Campbell under Title 18, United States Code, Section 982(a)(2)(A), as property that constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341; and

IT IS, THEREFORE, on this 21st day of November, 2011,

ORDERED that the motion of the United States is granted; and

IT IS FURTHER ORDERED that defendant Brian M. Campbell shall forfeit to the United States the sum of $571,104.86 in United States currency pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(2)(A); and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e); and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may move at any time pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $571,104.86 in United States currency to satisfy the forfeiture money judgment in whole or in part.

HON. DICKINSON R. DEBEVOISE
United States Senior District Judge